# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| WILLIE JAMES TERRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV418-162 |
| | ) | |
| MR. FORD, Warden, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

FILED
Scott L. Poff, Clerk
United States District Court

By jburrell at 9:51 am, Jul 06, 2018

## ORDER

Willie Terrell is an inmate at Calhoun State Prison, in Calhoun County, Georgia. Doc. 1. He has filed this action, on a 28 U.S.C. § 2254 petition form, challenging his placement in segregated confinement. *Id.* at 5-14. However, his petition identifies no connection to this District, and he has not specified where he was convicted of the charges leading to his present incarceration.[1] Calhoun County, however, lies within the

---

[1] In the section of the form provided to list the district of filing, Terrell has written "multi." Doc. 1 at 1. Substantively, his petition is clear in expressing his objection to the process he was afforded (or lack of it) by prison officials before being placed in segregation. The factual details are much less clear. *See, e.g., id.* at 5 (stating, in unedited form, as Ground One of his petition: "Denial in administrative procedure to afford due process of law in accord with the 5 & 14 Amend has cause a liberty interest infringement"). In the section of the form seeking information about his conviction, he has provided information about the disciplinary action leading to his

Middle District of Georgia, 28 U.S.C. § 90(b)(5), and federal law allows his petition to be filed in the district within which he was convicted or in the district within which he is confined. 28 U.S.C. § 2241(d); *Wright v. Indiana*, 263 F. App'x 794, 795 (11th Cir. 2008). Based on the petition's allegations, therefore, jurisdiction does not lie in this Court.

In the absence of any indication of where Terrell was convicted, the Court concludes that this case should be transferred to the Middle District. Hence, it **DIRECTS** the Clerk to transfer this case to the Middle District of Georgia for all further proceedings. *See* 28 U.S.C. § 1404(a) (permitting a district court to transfer any civil action to another district or division where it may have been brought for the convenience of parties and witnesses and in the interest of justice); *Rufus v. Kemp*, 2013 WL 2659983 at * 1 (S.D. Ga. June 12, 2013).

**SO ORDERED**, this 6th day of July, 2018.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

segregation. *Id.* at 1. At one point, his petition alleges that "after [his] appeal is completed" he will "return" to Fulton County Jail. *Id.* at 13. That suggests, perhaps, that he was convicted in Fulton County. It does not, however, provide any indication of why he is seeking habeas relief in this Court.